# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Eastern Division)
## CIVIL DOCKET FOR CASE #: 4:22−cv−00129−M−RN

| | |
|---|---|
| Beaufort County, North Carolina et al v. McKinsey and Company, Inc. | Date Filed: 10/21/2022 |
| Assigned to: Chief Judge Richard E. Myers, II | Date Terminated: 11/14/2022 |
| Referred to: Magistrate Judge Robert T. Numbers, II | Jury Demand: Plaintiff |
| Cause: 18:1961 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Beaufort County, North Carolina**　　　　　represented by　**Paul D. Coates**
Pinto Coates Kyre & Bowers, PLLC
3203 Brassfield Rd.
Greensboro, NC 27410
336−282−8848
Fax: 282−8409
Email: pcoates@pckb−law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bertie County, North Carolina**　　　　　represented by　**Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bladen County, North Carolina**　　　　　represented by　**Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brunswick County, North Carolina**　　　　　represented by　**Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Fayetteville, North Carolina**　　　　　represented by　**Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Henderson, North Carolina**　　　　　represented by　**Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Jacksonville, North Carolina**　　　　　represented by

                                        **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Wilmington, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Columbus County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craven County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cumberland County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Currituck County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dare County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Duplin County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklin County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Granville County, North Carolina**      represented by    **Paul D. Coates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jones County, North Carolina**              represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenoir County, North Carolina**             represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**New Hanover County, North Carolina**        represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Onslow County, North Carolina**             represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamlico County, North Carolina**            represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sampson County, North Carolina**            represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrrell County, North Carolina**            represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Washington County, North Carolina**         represented by **Paul D. Coates**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McKinsey and Company, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 10/21/2022 | Ï 1 | COMPLAINT against McKinsey and Company, Inc. ( Filing fee $ 402 receipt number ANCEDC−6788945.), filed by Cumberland County, North Carolina, Pamlico County, North Carolina, City of Jacksonville, North Carolina, Jones County, North Carolina, Bertie County, North Carolina, Sampson County, North Carolina, Beaufort County, North Carolina, Lenoir County, North Carolina, Tyrrell County, North Carolina, Granville County, North Carolina, Dare County, North Carolina, City of Henderson, North Carolina, Bladen County, North Carolina, Columbus County, North Carolina, Currituck County, North Carolina, Onslow County, North Carolina, Duplin County, North Carolina, Franklin County, North Carolina, City of Wilmington, North Carolina, Brunswick County, North Carolina, Washington County, North Carolina, New Hanover County, North Carolina, Craven County, North Carolina, City of Fayetteville, North Carolina. (Attachments: # 1 Civil Cover Sheet) (Coates, Paul) (Entered: 10/21/2022) |
| 10/26/2022 | Ï | Notice to Counsel – No Summons provided for issuance or Waiver of Service filed. (Rudd, D.) (Entered: 10/26/2022) |
| 10/26/2022 | Ï | NOTICE OF DEFICIENCY – Failure to File Financial Disclosure Statement as to Beaufort County, North Carolina, Bertie County, North Carolina, Bladen County, North Carolina, Brunswick County, North Carolina, City of Fayetteville, North Carolina, City of Henderson, North Carolina, City of Jacksonville, North Carolina, City of Wilmington, North Carolina, Columbus County, North Carolina, Craven County, North Carolina, Cumberland County, North Carolina, Currituck County, North Carolina, Dare County, North Carolina, Duplin County, North Carolina, Franklin County, North Carolina, Granville County, North Carolina, Jones County, North Carolina, Lenoir County, North Carolina, New Hanover County, North Carolina, Onslow County, North Carolina, Pamlico County, North Carolina, Sampson County, North Carolina, Tyrrell County, North Carolina, Washington County, North Carolina. Pursuant to 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.3, all parties shall file a financial disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure statement must be on a form provided by the clerk. This form is available at the clerk's office and on the court's website. (Rudd, D.) (Entered: 10/26/2022) |
| 10/26/2022 | Ï | Notice to Counsel – Counsel should file a Notice of Appearance pursuant toLocal Civil Rule 5.2(a). (Rudd, D.) (Entered: 10/26/2022) |
| 11/14/2022 | Ï 2 | CONDITIONAL TRANSFER ORDER. Signed by John W. Nichols, Clerk of the Panel on Multidistrict Litigation. (McNally, Kimberly) (Entered: 11/14/2022) |
| 11/14/2022 | Ï | Case transferred to District of Northern District of California. File transmitted electronically. (McNally, Kimberly) (Entered: 11/14/2022) |